**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony J. Kuc, Jr., | CV 12-08024-PCT-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| BAC Home Loans Servicing LP; Bank of America, successor in interest to Countrywide Bank; Saxon Mortgage Services, Inc.; Old Republic National Title Insurance Co.; Mortgage Electronic Registration Systems Inc. ("MERS"), | |
| Defendants. | |

The court has before it four motions for entry of default and default judgment filed by plaintiff against defendants MERS (doc. 13), Old Republic National Title Insurance (doc. 14), BAC Home Loans Servicing (doc. 15), and Saxon Mortgage Services (doc. 16). The motions are not fully briefed.

Plaintiff argues that he is entitled to default judgment because defendants have failed to comply with a number of "summons" he has issued, including summons demanding defendants to appear in court and disclose their identities, demands that defense counsel submit proof that they are authorized to represent defendants, and demands that defense counsel provide certified copies of their oaths of office (doc. 18). According to plaintiff, defendants each have 15 to 20 defaults. He asks for entry of default judgment against each

1  defendant in the amount of $26,140,108.62.

2  Plaintiff's motions are frivolous. Old Republic removed to this court (doc. 1) and filed a motion to dismiss (doc. 7). It also filed an opposition to plaintiff's motion to remand (doc. 12). BAC Home Loans Servicing and MERS filed a joint motion to dismiss along with defendant Bank of America (doc. 6). Plaintiff filed a response to the motions to dismiss (doc. 10). These defendants have plainly appeared to defend. Finally, no proof of service has been filed with respect to Saxon Mortgage Service.

**IT IS ORDERED DENYING** plaintiff's motions for entry of default against MERS (doc. 13), Old Republic National Title Insurance (doc. 14), BAC Home Loans Servicing (doc. 15), and Saxon Mortgage Service (doc. 16).

Plaintiff is strongly encouraged to seek the advice of a lawyer. If he does not have one, he may wish to contact the Lawyer Referral Service of the Maricopa County Bar Association at 602-257-4434. If plaintiff chooses to continue litigating this action *pro se*, he is reminded that he must comply with all federal and local rules of civil procedure. See Ghazali v. Moran, 46 F.3d 52, 54 (9th Cir. 1995). Plaintiff is especially directed to review Rule 11, Fed. R. Civ. P., which governs all pleadings, motions, and other papers filed with this court.

DATED this 4th day of April, 2012.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge